IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MISEAL DIAZ,                                               *

          Petitioner,                          *

v.                                                               Case No.  4:26-cv-70-CDL-CHW

                                                            *

WARDEN, STEWART DETENTION CENTER,

                                                        *

          Respondent.

                                                        *

## **J U D G M E N T**

     Pursuant to this Court's Order dated 3/25/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

     This 25th day of March, 2026.

                                     David W. Bunt, Clerk

                                     s/ Elizabeth S. Long, Deputy Clerk